**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

COLIN H. ELD,                        )
                                     )
              Plaintiff,             )        Civil Action No. 15-738
                                     )
        v.                           )        Judge Cathy Bissoon
                                     )
TFORCE ENERGY SERVICES, INC.,        )
                                     )
              Defendant.             )

## ORDER

Plaintiff's Unopposed Motion (**Doc. 46**) for Approval of the Collective Action Settlement

is **GRANTED**.  The parties' settlement agreement falls within a range of reasonableness, and the

Court finds the settlement to be fair, reasonable and adequate as to members of the collective

action.[1]

The parties shall proceed, and provide notice to the class, in accordance with the

settlement agreement.  The parties may petition the Court for further relief if and as appropriate.


IT IS SO ORDERED.


May 17, 2016                              s\Cathy Bissoon
                                          Cathy Bissoon
                                          United States District Judge

---

[1] The Court determines that the parties' filings are sufficient to allow adjudication of their
request for certification of a collective action and for approval of their proposed settlement,
including the award of attorneys' fees.  See Grayson v. K Mart Corp., 79 F.3d 1086, 1099
(11th Cir. 1996) (where request for FLSA certification is supported by "substantial allegations
and evidence," court may proceed without evidentiary hearing); Mantz v. Steven Singer
Jewelers, 2004 WL 1217369, *3-4 (3d Cir. Jun. 3, 2004) (holding same regarding award of
attorney's fees under FLSA) (citing Fed. R. Civ. P. 78(b)).

cc (via ECF email notification):

All Counsel of Record